

IN THE

TENTH COURT OF APPEALS

_____

No. 10-09-00278-CV

IN RE SENIOR LIVING PROPERTIES, LLC,
D/B/A CLAYSTONE HEALTHCARE CENTER

_____

Original Proceeding

MEMORANDUM  OPINION

Relator's petition for writ of mandamus is denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition denied
Opinion delivered and filed April 14, 2010
[OT06]